OPINION — AG — QUESTION: "WHEN TERRITORY IS ANNEXED TO A SCHOOL DISTRICT, DO THE RESIDENTS OF THE AREA ANNEXED WHO ARE OTHERWISE QUALIFIED TO VOTE, BECOME ELIGIBLE TO VOTE IN SCHOOL ELECTIONS IN THE NEW DISTRICT IMMEDIATELY UPON THE ANNEXATION BECOMING FINAL?" — AFFIRMATIVE CITE: 26 O.S. 1961 93.15 [26-93.15], ARTICLE III, SECTION 1, 70 O.S. 1961 1-15 [70-1-15], (W. J. MONROE)